UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
Stephen and Norma Richey

CASE NO. 19-bk-4457

Debtors.
_____/

AMENDMENT TO SCHEDULE D

COMES NOW, the Debtor, who adds the following information to Schedule D:

HSBC
c/o Lindsey Savastano, Esq.
One East Broward Blvd.
Suite 1430
Fort Lauderdale FL 33301-0000
Acct# Unknown
Total amount seeking discharge $150,000.00

I HEREBY SWEAR OR AFFIRM THAT UNDER PENALTY OF PERJURY THE INFORMATION PROVIDED IN THIS AMENDMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Date: 07/17/19

_____
Debtor

_____
Debtor

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by **Electronic Filing** to the United States Bankruptcy Court, 400 West Washington Street, Suite 5100, Orlando, Florida, to the U.S. Trustee, and by **US Mail** to all persons listed in this motion, 22nd on ~~January~~ July _____, 2019. **I also certify that a Declaration of Social Security Numbers and Notice of 341 Meeting was sent to the new creditors.**

/s/ Armando E. Rosal
Armando E. Rosal
Attorney for Debtor
1490 Emerson Drive
Palm Bay, FL 32907
321-728-2300
Fla. Bar No. 929026